# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

*120 North Henry Street, Room 320* ● *Madison, WI 53701-0432* ● *608-264-5156*

November 17, 2022

Booker T. Shipp, 292215
New Lisbon Correctional Institution
P.O. Box 2000
New Lisbon, WI 53950-2000

RE: 17-cv-955-jdp, *Booker Shipp v. Robert Hobday*

In response to your request for copies in the above-captioned matter, enclosed are the Motion for Court Appointed Neutral Expert Witness (dkt 64), Plaintiff's Reply to Defendant's Opposition of Neutral Expert Witness (dkt. 66) and Order (dkt 68). These documents are a total of 16 pages. Copies cost $.10 per page. The balance now owed is $1.60. Please submit payment in the form of a check or money order payable to Clerk, U.S. District Court.

JOEL TURNER, CLERK

---

Please detach and Include with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Name:  **Booker T Shipp**

Case #/Case Name:  **17-cv-955-jdp**

Copies Requested (Docket #)  **BALANCE DUE**  (dockets 64, 66, 68 already sent to plaintiff)

Number of Pages  **16**  x  **$.10**  =  **$ 1.60**