# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 5/30/2023  DAY: Tuesday  START TIME: 9:03 am  TOTAL HOURS: 5'13"
JUDGE/MAG.: J. Peterson  CLERK: VO/JT  REPORTER: JD/PH
PROBATION OFFICER: _____  INTERPRETER: _____  SWORN: YES ☐  NO ☐
CASE NUMBER: 17-cv-955-jdp  CASE NAME: Booker T. Shipp v. Dr. Robert Hobday

**APPEARANCES:**
PLAINTIFF(S): Nathaniel Cade, Jr.
              Annalisa Pusick

DEFENDANT(S): Jeffrey Simcox
              Ashley Fard

PROCEEDINGS: Jury Selection and First Day of Jury Trial

**PLAINTIFF(S) WITNESS**
1. Booker T. Shipp
2. Dr. Robert Hobday
3.
4.
5.
6.
7.
8.
9.
10.

**DEFENDANT(S) WITNESS**
1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**
1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

**DEFENDANT(S) DISPOSITIVE MOTION(S)**
1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

1ST BREAK: 10:45 am  RESUME: 11:04 am  2ND BREAK: 11:51 am  RESUME: 12:55 pm
3RD BREAK: 2:49 pm  RESUME: 3:03 pm  4TH BREAK: _____  RESUME: _____
ADJOURNMENT: 3:53 pm