# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 5/31/2023   DAY: Wednesday   START TIME: 8:33 a.m.   TOTAL HOURS: 4:08

JUDGE/MAG.: Peterson   CLERK: LAM   REPORTER: JD/PH

PROBATION OFFICER: _____   INTERPRETER: _____   SWORN: YES ☐   NO ☐

CASE NUMBER: 17-cv-955-jdp   CASE NAME: Booker Shipp v. Dr. Robert Hobday

**APPEARANCES:**

PLAINTIFF(S): Attorney Nathaniel Cade   DEFENDANT(S): Attorney Jeffery Simcox
Attorney Annalisa Pusick   Attorney Ashley Fard

PROCEEDINGS: Second day of jury trial

**PLAINTIFF(S) WITNESS**
1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

**DEFENDANT(S) WITNESS**
1. Dr. Robert Hobday
2. Dr. William Giswold
3.
4.
5.
6.
7.
8.
9.
10.

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**
1. _____ GRANTED ☐ DENIED ☐ U/A ☐
2. _____ GRANTED ☐ DENIED ☐ U/A ☐
3. _____ GRANTED ☐ DENIED ☐ U/A ☐

**DEFENDANT(S) DISPOSITIVE MOTION(S)**
1. _____ GRANTED ☐ DENIED ☐ U/A ☐
2. _____ GRANTED ☐ DENIED ☐ U/A ☐
3. _____ GRANTED ☐ DENIED ☐ U/A ☐

1ST BREAK: 8:52 a.m.   RESUME: 9:02 a.m.   2ND BREAK: 10:14 a.m.   RESUME: 10:33 a.m.
3RD BREAK: 11:53 a.m.   RESUME: 1:19 p.m.   4TH BREAK: 2:32 p.m.   RESUME: 4:30 p.m.
ADJOURNMENT: 4:34 p.m.